UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JAY BLOYER,<br><br>Plaintiff,<br><br>v.<br><br>POET BIOREFINING – BIG STONE, LLC,<br><br>Defendant. | 4:21-cv-__4189__<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff Jay Bloyer, through his counsel, for his Complaint against Defendant POET Biorefining – Big Stone, LLC, states:

### Parties

1. Plaintiff Jay Bloyer ("Bloyer") is, and at all relevant times was, a resident of Merrill, Iowa.

2. Upon information and belief, Defendant POET Biorefining – Big Stone, LLC ("Defendant") is a South Dakota limited liability company with its principal place of business in Big Stone, South Dakota, and all of its members are residents of the State of South Dakota.

### Jurisdiction and Venue

3. This Court has jurisdiction under 28 U.S.C. § 1332, diversity of citizenship.

4. The damages at issue exceed $75,000.

5. This Court is the proper venue under 28 U.S.C. § 1391(b)(1) and (2).

### Background and Facts

6. Defendant owns a biorefining facility located at 48416 144th Street, Big Stone, South Dakota ("the Facility").

4:21-cv-_____
Complaint and Demand for Jury Trial

7. There are several large, commercial boilers with metal doors located at the Facility.

8. Defendant retained the services of Rasmussen Mechanical Services to open the doors of the boilers at the Facility so that the boilers could be inspected by Defendant's insurer.

9. On October 22, 2019, Bloyer, as an employee of Rasmussen Mechanical Services, came to the Facility to open the boiler doors.

10. While Bloyer was opening the boiler door, the metal door fell off of the boiler and onto Bloyer.

11. The boiler fell because the bolt/pin holding the door was broken.

12. The broken bolt/pin was a replacement bolt/pin for a previous bolt/pin.

13. Upon information and belief, either this boiler door, or another boiler door at the Facility, had fallen before the boiler door fell on October 22, 2019.

14. As a proximate cause and cause in fact of the boiler door falling on him, Bloyer suffered temporary and permanent bodily injury, emotional injury, disability, scarring, pain and suffering, diminished quality of life, loss of enjoyment of life, medical bills, lost wages, and other damages in amounts to be determined at trial.

## Count 1
### *Negligence*

15. Bloyer restates the preceding paragraphs of this Complaint and incorporates them by reference.

16. Defendant owed Bloyer a duty to exercise reasonable or ordinary care for his safety.

17. Defendant breached that duty in the following individual and collective manner:

   a. Defendant failed to properly select, install, repair, inspect, and manage the boiler door's hinge and bolt/pin;

4:21-cv-_____
Complaint and Demand for Jury Trial

    b. Defendant failed to remedy or fix the boiler door, with its hinges and bolt/pin;

    c. Defendant failed to warn Bloyer that the boiler door, with its hinges and bolt/pin, was a dangerous condition;

    d. Defendant failed to exercise due care in the maintenance of the boiler door, including its hinge and bolt/pin;

    e. Defendant failed to keep the boiler door, including its hinge and bolt/pin, in a reasonably safe condition; and/or

    f. Defendant chose not to use safety chains, or other secondary safety devices, even though it knew that a boiler door had previously fallen.

## Requested Relief

Bloyer requests the following relief:

1. Enter judgment in Bloyer's favor.

2. Award Bloyer compensatory damages, plus pre-judgment interest thereon.

3. Award Bloyer's attorneys' fees and other costs as allowed by law.

4. For such other further relief as the Court deems appropriate.

## Demand for Jury Trial

Bloyer respectfully demands a trial by jury on all issues so triable.

Dated: November 10, 2021.

                                                  FULLER, WILLIAMSON, NELSEN
                                                  & PREHEIM, LLP

                                                  _____
                                                Derek A. Nelsen
                                                Eric T. Preheim
                                                7521 South Louise Avenue
                                                Sioux Falls, SD 57108
                                                (605) 333-0003
                                                dnelsen@fullerandwilliamson.com
                                                epreheim@fullerandwilliamson.com
                                                  *Attorneys for Plaintiff*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAY BLOYER

## DEFENDANTS
POET BIOREFINING - BIG STONE, LLC

(b) County of Residence of First Listed Plaintiff   State of Iowa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Grant County, SD
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Derek A. Nelsen and Eric T. Preheim
Fuller & Williamson, LLP, 7521 S. Louise Ave., Sioux Falls, SD 57108
(605) 333-0003

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Plaintiff alleges injuries and damages following an incident at Defendant's facility on 10/22/2019.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE
11/10/2021

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE